UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                                :          MAGISTRATE NO. 12-2574

                                                :

v.                                :          ORDER

MARK BETHEA                       :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __10th__ day of __SEPTEMBER__, 2012

ORDERED that __BRIAN RILEY__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for the Initial Appearance ONLY, or unless otherwise ORDERED by the COURT.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge